UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 08-cr-97-01-JD

<u>Raymond H. Douville</u>

<u>O R D E R</u>

 The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted.

 Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.

              <u>/s/ Joseph A. DiClerico, Jr.</u>
              Joseph A. DiClerico, Jr.
              United States District Judge

Date:  October 15, 2008


cc:  Jeffrey Levin, Esq.
  Mark Zuckerman, Esq.
  U.S. Marshal
  U.S. Probation